**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000290
10-AUG-2022
08:21 AM
Dkt. 51 OGMD**

NO. CAAP-22-0000290

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF JS, DS, IP

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S No. 21-00005)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the August 9, 2022 Motion to Withdraw Appeal by Appellant Mother (Mother), the papers in support, and the record, Mother requests her appeal be dismissed. It appears from her signed Acknowledgment of Request to Withdraw Appeal that Mother understands she may be successful on appeal but wants to dismiss the appeal, thus, she understands the consequences of dismissing her appeal and voluntarily requests that the appeal be dismissed.

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, August 10, 2022.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge